No. 2,628.—STATE OF MONTANA ex rel. PAUL McCOR-
MICK et al., Relators, *v.* A. N. YODER, Secretary of
State, Respondent.

Original application for injunction.

Decided October 9, 1908.

Per Curiam.—This cause having come on for hearing this day
on an order to show cause why an injunction should not be is-
sued to restrain the respondent, A. N. Yoder, as Secretary of
State, from certifying certain names as candidates for the office
of presidential elector, and witnesses in behalf of relators having
been sworn and examined, it is, after due consideration, ordered
that the petition of relators be, and the same is hereby, dismissed
at the cost of relators.

*Mr. H. N. Blake,* for Relators.

*Mr. Albert J. Galen,* Attorney General, *Mr. W. H. Poorman,*
and *Mr. E. M. Hall,* Assistant Attorneys General, for Respond-
ent.

———————

No. 2,630.—STATE OF MONTANA ex rel. LOUIS COHN et
al., Relators, *v.* DISTRICT COURT et al., Respondents.

Original application for the appointment of a guardian *ad
litem.*

Decided October 20, 1908.

Per Curiam.—The relators' application for the appointment
of a guardian *ad litem,* is hereby denied.

*Messrs. Maury & Templeman,* for Relators.